### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| GONZALO CASTREJON | ) | CASE NO. 16-22415 |
| | ) | |
| DEBTORS | ) | JUDGE: JANET S. BAER |
| | ) | |

### NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

      PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Janet S. Baer, at Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134, on November 17, 2017 at 9:30 a.m. and then and there present the attached Motion.

                                            ***/s/ Daniel B. Roth***
                                            DANIEL  B. ROTH

Daniel B. Roth
Citizens Law Group Ltd.
2101 W. Division
Chicago, IL 60622
(312) 361-3827
Daniel@citizenslawltd.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| GONZALO CASTREJON | ) | CASE NO. 16-22415 |
| | ) | |
| DEBTORS | ) | |
| | ) | JUDGE: JANET S. BAER |

## MOTION TO MODIFY CHAPTER 13 PLAN

Now comes the Debtor, Gonzalo Castrejon, by and through their attorney Daniel B. Roth, and moves this Honorable Court for the entry of an order modifying their Chapter 13 Plan. In support thereof, she states as follows:

1. On July 12, 2016 this captioned chapter 13 was filed under the bankruptcy code.
2. On October 21, 2016, the plan was confirmed.
3. Under the terms of the confirmed plan, the Debtor was to pay the Trustee $180 per month for 48 months and 100% to unsecured creditors filing claims.
4. There is currently a motion to dismiss for failure to comply with plan.
5. At the time the case was filed Debtor's property taxes had been sold for 2012, 2013, and 2014.
6. At the time the case was filed, due to the sale, the DuPage County Treasurer had a claim filed for the 2015 taxes because they had not yet been paid by the tax purchaser.
7. Under the terms of the confirmed plan, the Debtor was to redeem directly the taxes paid by the tax purchaser.
8. After confirmation, the tax purchaser sought a declaration of a sales in error due to the bankruptcy and receive it.
9. As a result DuPage County became the sole creditor for the 2012, 2013, and 2014 taxes and filed an amended claim for $23,256.77.
10. The amended claim has made the plan unfeasible and direct redemption somewhat moot.
11. The Debtor seeks to amend his plan to pay the real estate taxes through the plan.
12. To do so, the Debtor seeks to amend Section E.3.1(a) to provide that the Dupage County Treasurer shall be paid a secured claim of $23,256.77 at 18% interest.
13. In order to pay the claim in full within 60 months the Debtor is also requesting to raise his payment to $720.00 to make the plan feasible.

14. Pursuant to 11 U.S.C. §1329(a), at any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of the debtor, the trustee, or the holder of an allowed unsecured claim, to — (1) increase or reduce the amount of payments on claims of a particular class provided for by the plan; (2) extend or reduce the time for such payments; or (3) alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan.

Wherefore, Debtor moves this Court for the entry of an Order modifying his Chapter 13 plan to increase the claim of DuPage County in Section E.3.1.(a), increase payments to $720 and for any other relief deemed necessary and just.

/s/ *Daniel B. Roth*
DANIEL B. ROTH

Daniel B. Roth
Citizens Law Group Ltd.
2101 W. Division
Chicago, IL 60622
(312) 361-3827
Daniel@citizenslawltd.com