UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>GONZALO CASTREJON<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-22415<br><br>Chapter:  13<br>Honorable Janet S. Baer<br>DuPage |

## ORDER MODIFYING PLAN

On this matter coming before the court on Debtor's Motion to Modify Plan, all parties present or represented by counsel, and the court being fully advised in the premises,

IT IS HEREBY ORDERED

1. Section E.3.1(a) now provides that the DuPage County Treasurer shall have a secured claim of $23,256.77

2. Beginning with the December 2017 payment, the Debtor's plan payment shall increase to $1033

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: **17 NOV 2017**

**Prepared by:**
Daniel B. Roth
Citizens Law Group Ltd.
2101 W. Division
Chicago, IL 60622
(312) 361-3827
Daniel@citizenslawltd.com

Rev: 20170105_bko