### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GONZALO CASTREJON ) | |
| ) | No. 16-22415 |
| ) | Chapter 13 (Kane) |
| Debtors ) | Honorable Janet S. Baer, |
| ) | Hearing Date: 5/24/2019 at 9:30 a.m. |

### NOTICE OF MOTION

To:   See attached Service List.

YOU ARE HEREBY NOTIFIED that on May 24, 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer in room 240 in the Kane County Courthouse, 100 S. Third Street, Geneva, IL 60134, and then and there present for hearing the attached **MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE** at which time and place you may appear as you see fit.

/s/ Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 16th day of May, 2019.

/s/ Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 16th day of May, 2019.

_____
Notary Public
#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

OFFICIAL SEAL
MICHELLE SCALES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/17/20

1

## SERVICE LIST

Gonzalo Castrejon
381 Park Ridge Lane, Unit A
Aurora, Illinois 60504

Martha H Herrera
Citizens Law Group Ltd.
2101 W. Division Street
Chicago, Illinois 60622
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GONZALO CASTREJON ) | |
| ) | No. 16-22415 |
| ) | Chapter 13 (Kane) |
| Debtors ) | Honorable Janet S. Baer, |
| ) | Hearing Date: 5/24/2019 at 9:30 a.m. |

### MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

NOW COMES a certain creditor, FOX CHASE OF DUPAGE CONDOMINIUM ASSOCIATION, by and through its attorneys, KEAY & COSTELLO, P.C., and in support of its Motion for Relief from Stay, states as follows:

1. That the creditor is FOX CHASE OF DUPAGE CONDOMINIUM ASSOCIATION (hereinafter referred to as "FOX CHASE OF DUPAGE"), an Illinois not-for-profit corporation and condominium association governed by the Illinois Condominium Property Act (765 ILCS 605/1 et seq.).

2. That the Debtor, GONZALO CASTREJON (hereinafter referred to as "Debtor") is the owner of residential real estate that is part of FOX CHASE OF DUPAGE. Specifically, Debtor is the owner of the property located at 381 Park Ridge Lane, Unit A, Aurora, DuPage County, Illinois.

3. That pursuant to 9(g)(1) of the Illinois Condominium Property Act (765 ILCS 605/1 et seq.) and FOX CHASE OF DUPAGE governing documents, which have been recorded with the Recorder of Deeds of DuPage County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of FOX CHASE OF DUPAGE.

1

4. That as owner of a property at FOX CHASE OF DUPAGE, the Debtor is obligated to pay assessments to FOX CHASE OF DUPAGE.

5. That since the filing of Debtor's Chapter 13 petition on July 12, 2016, the Debtor has failed to remain current on her post-petition obligation to pay assessments to FOX CHASE OF DUPAGE.

6. Accordingly, beginning on December 2017 through the filing of this Motion, Debtor has failed to pay the amount of $4,900.69 in post-petition assessments to FOX CHASE OF DUPAGE. Additionally, FOX CHASE OF DUPAGE has incurred $700.00 in attorney's fees and $181.00 in court costs as a result of Debtor's failure to remain current on her post-petition obligation to the Association. Collection of said attorney's fees and court costs is authorized by the Association's Declaration.

7. Collection of said attorney fees and court costs is authorized by 9.2(b) of the Illinois Condominium Property Act and the Declaration. (765 ILCS 605/9.2(b)) (West 2017).

8. Therefore, the total amount due through the filing of this Motion for post-petition assessments, late fees, fines, attorney's fees, and court costs is $5,781.69.

9. That pursuant to Section 362 of the Bankruptcy Code, FOX CHASE OF DUPAGE moves this court for entry of an order modifying the automatic stay arising as a result of Debtor's Chapter 13 filing.

10. That FOX CHASE OF DUPAGE is entitled to relief from the automatic stay so it may initiate collection proceedings against the Debtor for the assessments and other charges that became due and owing after Debtor's Chapter 13 filing.

11. That FOX CHASE OF DUPAGE is entitled to relief from the automatic stay for the following reasons:

2

    a. Debtor has made material defaults under the terms of the Declaration;

    b. There is currently a continuing increase in the total indebtedness chargeable against the real estate for payment of assessments and other charges due under the Declaration which result in FOX CHASE OF DUPAGE being deprived of adequate protection of its interest in the real estate; and

    c. The subject real estate is not necessary for a successful reorganization of the Debtor.

12. That FOX CHASE OF DUPAGE requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Creditor, herein, FOX CHASE OF DUPAGE, prays this court enter an order modifying the stay permitting FOX CHASE OF DUPAGE, to initiate collection proceedings of all post-petition association assessments due from the Debtor, GONZALO CASTREJON, as a result of the ownership of the premises described herein, and for any such other and further relief as this court deems just and equitable within the premises.

                                                FOX CHASE OF DUPAGE CONDOMINIUM ASSOCIATION

                                                By: _____
                                                       One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446