## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____ Gonzalo Castrejon _____ Case No. __16-22415__ Chapter _13_

All Cases: Moving Creditor __Fox Chase of DuPage Condominium Association__ Date Case Filed __7/12/2016__

Nature of Relief Sought: ☑ Lift Stay      ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed ____10/21/2016____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.   Collateral
   a.   ☑ Home
   b.   ☐ Car   Year, Make, and Model _____
   c.   ☐ Other (describe)_____

2.   Balance Owed as of Petition Date  $ _____ Unknown _____
   Total of all other Liens against Collateral $_____ Unknown _____

3.   In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.   Estimated Value of Collateral (must be supplied in *all* cases)  $ _____ 102,024.00 _____

5.   Default
   a.   ☐ Pre-Petition Default
         Number of months _____        Amount $ _____
   b.   ☑ Post-Petition Default
         i.   ☑ On direct payments to the moving creditor
               Number of months _____   Amount $ ____4,900.69____   + accruing assessments,
                                                                     charges, attorney's fees,
                                                                     and costs.
         ii.   ☐ On payments to the Standing Chapter 13 Trustee
               Number of months _____   Amount $ _____

6.   Other Allegations
   a.   ☑ Lack of Adequate Protection  § 362(d)(1)
         i.   ☐ No insurance
         ii.   ☐ Taxes unpaid        Amount $ _____
         iii.   ☐ Rapidly depreciating asset
         iv.   ☑ Other (describe) _____ Accruing lien for unpaid association assessments _____
   b.   ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c.   ☑ Other "Cause" § 362(d)(1)
         i.   ☐ Bad Faith (describe)_____
         ii.   ☐ Multiple Filings
         iii.   ☑ Other (describe) _____ Default under Movant's Declarations _____
   d.   Debtor's Statement of Intention regarding the Collateral
         i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender,   iv. ☑ No Statement of Intention Filed

Date: _____ May 16, 2019 _____                 _____
                                                    Counsel for Movant

(Rev. 12 /21/09)

# Account History Report
## Fox Chase of Dupage Condo
**Gonzalo Castrejon**                                     00192-5715

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 08/22/2017 | Credit Card Payment | | -350.20 | 531.80 | | 94016344 | Credit Card Payment |
| 09/01/2017 | Monthly Assessment | 325.60 | | 857.40 | | Monthly Charges | Recurring Charges: 09/01/2017 |
| 09/20/2017 | Late Fee | 25.00 | | 882.40 | | Late Fee | Late Fee: 09/20/2017 |
| 10/01/2017 | Monthly Assessment | 325.60 | | 1,208.00 | | Monthly Charges | Recurring Charges: 10/01/2017 |
| 10/20/2017 | Late Fee | 25.00 | | 1,233.00 | | Late Fee | Late Fee: 10/20/2017 |
| 10/26/2017 | Demand Letter Charge | 35.00 | | 1,268.00 | | Demand Letter | Processing Fee |
| 11/01/2017 | Monthly Assessment | 325.60 | | 1,593.60 | | Monthly Charges | Recurring Charges: 11/01/2017 |
| 11/20/2017 | Late Fee | 25.00 | | 1,618.60 | | Late Fee | Late Fee: 11/20/2017 |
| 11/28/2017 | Delinq Proc Fee - Assn | 175.00 | | 1,793.60 | | Attorney | Processing Fee |
| 12/01/2017 | Monthly Assessment | 325.60 | | 2,119.20 | | Monthly Charges | Recurring Charges: 12/01/2017 |
| 12/05/2017 | Delinq Proc Fee - Assn | | -175.00 | 1,944.20 | | 11/28/2017 | Waive DELQASN FEE |
| 12/07/2017 | Demand Letter Charge | | -35.00 | 1,909.20 | | 10/26/2017 | Waive Demand Letter |
| 12/12/2017 | Check | | -1,618.60 | 290.60 | | 9026533939 | KEAY & COSTELLO, PC |
| 12/20/2017 | Late Fee | 25.00 | | 315.60 | | Late Fee | Late Fee: 12/20/2017 |
| 01/01/2018 | Monthly Assessment | 335.37 | | 650.97 | | Monthly Charges | Recurring Charges: 01/01/2018 |
| 01/20/2018 | Late Fee | 25.00 | | 675.97 | | Late Fee | Late Fee: 01/20/2018 |
| 02/01/2018 | Monthly Assessment | 335.37 | | 1,011.34 | | Monthly Charges | Recurring Charges: 02/01/2018 |
| 02/13/2018 | Credit Card Payment | | -670.00 | 341.34 | | ch_1BvDGIEIIAyt1 | Credit Card Payment |
| 02/20/2018 | Late Fee | 25.00 | | 366.34 | | Late Fee | Late Fee: 02/20/2018 |
| 03/01/2018 | Monthly Assessment | 335.37 | | 701.71 | | Monthly Charges | Recurring Charges: 03/01/2018 |
| 03/20/2018 | Late Fee | 25.00 | | 726.71 | | Late Fee | Late Fee: 03/20/2018 |
| 04/01/2018 | Monthly Assessment | 335.37 | | 1,062.08 | | Monthly Charges | Recurring Charges: 04/01/2018 |
| 04/20/2018 | Late Fee | 25.00 | | 1,087.08 | | Late Fee | Late Fee: 04/20/2018 |
| 05/01/2018 | Monthly Assessment | 335.37 | | 1,422.45 | | Monthly Charges | Recurring Charges: 05/01/2018 |
| 05/20/2018 | Late Fee | 25.00 | | 1,447.45 | | Late Fee | Late Fee: 05/20/2018 |
| 06/01/2018 | Monthly Assessment | 335.37 | | 1,782.82 | | Monthly Charges | Recurring Charges: 06/01/2018 |
| 06/20/2018 | Late Fee | 25.00 | | 1,807.82 | | Late Fee | Late Fee: 06/20/2018 |
| 07/01/2018 | Monthly Assessment | 335.37 | | 2,143.19 | | Monthly Charges | Recurring Charges: 07/01/2018 |
| 07/20/2018 | Late Fee | 25.00 | | 2,168.19 | | Late Fee | Late Fee: 07/20/2018 |
| 08/01/2018 | Monthly Assessment | 335.37 | | 2,503.56 | | Monthly Charges | Recurring Charges: 08/01/2018 |
| 08/14/2018 | Credit Card Payment | | -1,300.00 | 1,203.56 | | ch_1Cz8R0EIIAyt1 | Credit Card Payment |
| 08/20/2018 | Late Fee | 25.00 | | 1,228.56 | | Late Fee | Late Fee: 08/20/2018 |
| 09/01/2018 | Monthly Assessment | 335.37 | | 1,563.93 | | Monthly Charges | Recurring Charges: 09/01/2018 |
| 09/20/2018 | Late Fee | 25.00 | | 1,588.93 | | Late Fee | Late Fee: 09/20/2018 |
| 10/01/2018 | Monthly Assessment | 335.37 | | 1,924.30 | | Monthly Charges | Recurring Charges: 10/01/2018 |
| 10/20/2018 | Late Fee | 25.00 | | 1,949.30 | | Late Fee | Late Fee: 10/20/2018 |
| 11/01/2018 | Monthly Assessment | 335.37 | | 2,284.67 | | Monthly Charges | Recurring Charges: 11/01/2018 |
| 11/20/2018 | Late Fee | 25.00 | | 2,309.67 | | Late Fee | Late Fee: 11/20/2018 |
| 12/01/2018 | Monthly Assessment | 335.37 | | 2,645.04 | | Monthly Charges | Recurring Charges: 12/01/2018 |
| 12/20/2018 | Late Fee | 25.00 | | 2,670.04 | | Late Fee | Late Fee: 12/20/2018 |
| 01/01/2019 | Monthly Assessment | 426.13 | | 3,096.17 | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 01/20/2019 | Late Fee | 25.00 | | 3,121.17 | | Late Fee | Late Fee: 01/20/2019 |
| 02/01/2019 | Monthly Assessment | 426.13 | | 3,547.30 | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 02/20/2019 | Late Fee | 25.00 | | 3,572.30 | | Late Fee | Late Fee: 02/20/2019 |
| 03/01/2019 | Monthly Assessment | 426.13 | | 3,998.43 | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/20/2019 | Late Fee | 25.00 | | 4,023.43 | | Late Fee | Late Fee: 03/20/2019 |
| 04/01/2019 | Monthly Assessment | 426.13 | | 4,449.56 | | Monthly Charges | Recurring Charges: 04/01/2019 |
| 04/20/2019 | Late Fee | 25.00 | | 4,474.56 | | Late Fee | Late Fee: 04/20/2019 |
| 05/01/2019 | Monthly Assessment | 426.13 | | 4,900.69 | | Monthly Charges | Recurring Charges: 05/01/2019 |

5-16-19  BK Legal fee  881.00          5781.69          Lift Stay

## Fox Chase of Dupage Condo

**Gonzalo Castrejon**                                    00192-5715

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 06/01/2016 | Monthly Assessment | 296.00 | | 1,452.71 | | Monthly Charges | Recurring Charges: 06/01/2016 |
| 06/20/2016 | Late Fee | 25.00 | | 1,477.71 | | Late Fee | Late Fee: 06/20/2016 |
| 06/23/2016 | Check | | -496.00 | 981.71 | | 6755 | Keay & Costello, P.C. |
| 07/01/2016 | Monthly Assessment | 296.00 | | 1,277.71 | | Monthly Charges | Recurring Charges: 07/01/2016 |
| 07/20/2016 | Late Fee | 25.00 | | 1,302.71 | | Late Fee | Late Fee: 07/20/2016 |
| 07/29/2016 | Check | | -496.00 | 806.71 | | 6749 | attorney letter |
| 08/01/2016 | Monthly Assessment | 296.00 | | 1,102.71 | | Monthly Charges | Recurring Charges: 08/01/2016 |
| 08/20/2016 | Late Fee | 25.00 | | 1,127.71 | | Late Fee | Late Fee: 08/20/2016 |
| 08/31/2016 | Check | | -496.00 | 631.71 | | 9312 | Keay & Costello |
| 09/01/2016 | Monthly Assessment | 296.00 | | 927.71 | | Monthly Charges | Recurring Charges: 09/01/2016 |
| 09/20/2016 | Late Fee | 25.00 | | 952.71 | | Late Fee | Late Fee: 09/20/2016 |
| 10/01/2016 | Monthly Assessment | 296.00 | | 1,248.71 | | Monthly Charges | Recurring Charges: 10/01/2016 |
| 10/10/2016 | Late Fee | | -25.00 | 1,223.71 | | Credit | Reverse 08/20/2016 Late Fee |
| 10/10/2016 | Late Fee | | -25.00 | 1,198.71 | | Credit | Reverse 07/20/2016 Late Fee |
| 10/10/2016 | Late Fee | | -25.00 | 1,173.71 | | Credit | Reverse 06/20/2016 Late Fee |
| 10/10/2016 | Late Fee | | -25.00 | 1,148.71 | | Credit | Reverse 05/20/2016 Late Fee |
| 10/10/2016 | Late Fee | | -25.00 | 1,123.71 | | Credit | Reverse 04/20/2016 Late Fee |
| 10/10/2016 | Late Fee | | -25.00 | 1,098.71 | | Credit | Reverse 03/20/2016 Late Fee |
| 10/10/2016 | Late Fee | | -25.00 | 1,073.71 | | Credit | Reverse 02/20/2016 Late Fee |
| 10/10/2016 | Late Fee | | -25.00 | 1,048.71 | | Credit | Reverse 09/20/2016 Late Fee |
| 10/18/2016 | Check | | -431.71 | 617.00 | | 119 | Castrejon |
| 10/20/2016 | Late Fee | 25.00 | | 642.00 | | Late Fee | Late Fee: 10/20/2016 |
| 11/01/2016 | Monthly Assessment | 296.00 | | 938.00 | | Monthly Charges | Recurring Charges: 11/01/2016 |
| 11/11/2016 | Check | | -617.00 | 321.00 | | 121 | PIF thru 10/2016 K&C Atty |
| 11/20/2016 | Late Fee | 25.00 | | 346.00 | | Late Fee | Late Fee: 11/20/2016 |
| 12/01/2016 | Monthly Assessment | 296.00 | | 642.00 | | Monthly Charges | Recurring Charges: 12/01/2016 |
| 12/05/2016 | Late Fee | | -25.00 | 617.00 | | Credit | Reverse 10/20/16 Late Fee |
| 12/20/2016 | Late Fee | 25.00 | | 642.00 | | Late Fee | Late Fee: 12/20/2016 |
| 12/29/2016 | Lockbox Payment | | -296.00 | 346.00 | | 1063 | Lock Box: 12/29/2016 |
| 01/01/2017 | Monthly Assessment | 325.60 | | 671.60 | | Monthly Charges | Recurring Charges: 01/01/2017 |
| 01/20/2017 | Late Fee | 25.00 | | 696.60 | | Late Fee | Late Fee: 01/20/2017 |
| 02/01/2017 | Monthly Assessment | 325.60 | | 1,022.20 | | Monthly Charges | Recurring Charges: 02/01/2017 |
| 02/20/2017 | Late Fee | 25.00 | | 1,047.20 | | Late Fee | Late Fee: 02/20/2017 |
| 02/27/2017 | Demand Letter Charge | 35.00 | | 1,082.20 | | Demand Letter | Processing Fee |
| 03/01/2017 | Monthly Assessment | 325.60 | | 1,407.80 | | Monthly Charges | Recurring Charges: 03/01/2017 |
| 03/09/2017 | Lockbox Payment | | -325.60 | 1,082.20 | | 1067 | Lock Box: 03/09/2017 |
| 03/10/2017 | Lockbox Payment | | -325.60 | 756.60 | | 9314 | Lock Box: 03/10/2017 |
| 03/20/2017 | Late Fee | 25.00 | | 781.60 | | Late Fee | Late Fee: 03/20/2017 |
| 04/01/2017 | Monthly Assessment | 325.60 | | 1,107.20 | | Monthly Charges | Recurring Charges: 04/01/2017 |
| 04/20/2017 | Late Fee | 25.00 | | 1,132.20 | | Late Fee | Late Fee: 04/20/2017 |
| 04/21/2017 | Lockbox Payment | | -325.60 | 806.60 | | 1068 | Lock Box: 04/21/2017 |
| 04/30/2017 | Check | | -325.60 | 481.00 | | 1079 | FIGUEROA |
| 05/01/2017 | Monthly Assessment | 325.60 | | 806.60 | | Monthly Charges | Recurring Charges: 05/01/2017 |
| 05/20/2017 | Late Fee | 25.00 | | 831.60 | | Late Fee | Late Fee: 05/20/2017 |
| 06/01/2017 | Monthly Assessment | 325.60 | | 1,157.20 | | Monthly Charges | Recurring Charges: 06/01/2017 |
| 06/20/2017 | Late Fee | 25.00 | | 1,182.20 | | Late Fee | Late Fee: 06/20/2017 |
| 06/23/2017 | Lockbox Payment | | -325.60 | 856.60 | | 1070 | Lock Box: 06/23/2017 |
| 06/26/2017 | Lockbox Payment | | -325.60 | 531.00 | | 1080 | Lock Box: 06/26/2017 |
| 07/01/2017 | Monthly Assessment | 325.60 | | 856.60 | | Monthly Charges | Recurring Charges: 07/01/2017 |
| 07/20/2017 | Late Fee | 25.00 | | 881.60 | | Late Fee | Late Fee: 07/20/2017 |
| 08/01/2017 | Monthly Assessment | 325.60 | | 1,207.20 | | Monthly Charges | Recurring Charges: 08/01/2017 |
| 08/20/2017 | Late Fee | 25.00 | | 1,232.20 | | Late Fee | Late Fee: 08/20/2017 |
| 08/22/2017 | Credit Card Payment | | -350.20 | 882.00 | | 94016211 | Credit Card Payment |

# Fox Chase of Dupage Condo

**Gonzalo Castrejon**                                                    00192-5715

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 01/01/2015 | Special Assessment | 203.68 | | 1,272.77 | | Monthly Charges | Recurring Charges: 01/01/2015 |
| 02/01/2015 | Monthly Assessment | 269.09 | | 1,541.86 | | Monthly Charges | Recurring Charges: 02/01/2015 |
| 02/01/2015 | Special Assessment | 203.68 | | 1,745.54 | | Monthly Charges | Recurring Charges: 02/01/2015 |
| 02/05/2015 | Credit Card Payment | | -472.77 | 1,272.77 | | 37566974 | Credit Card Payment |
| 02/20/2015 | Late Fee | 25.00 | | 1,297.77 | | Late Fee | Late Fee: 02/20/2015 |
| 03/01/2015 | Monthly Assessment | 269.09 | | 1,566.86 | | Monthly Charges | Recurring Charges: 03/01/2015 |
| 03/01/2015 | Special Assessment | 203.68 | | 1,770.54 | | Monthly Charges | Recurring Charges: 03/01/2015 |
| 03/02/2015 | Demand Letter Charge | 35.00 | | 1,805.54 | | Collection Fee | Demand Letter |
| 03/11/2015 | Credit Card Payment | | -400.54 | 1,405.00 | | 39160171 | Credit Card Payment |
| 03/20/2015 | Late Fee | 25.00 | | 1,430.00 | | Late Fee | Late Fee: 03/20/2015 |
| 04/01/2015 | Monthly Assessment | 269.09 | | 1,699.09 | | Monthly Charges | Recurring Charges: 04/01/2015 |
| 04/01/2015 | Special Assessment | 203.68 | | 1,902.77 | | Monthly Charges | Recurring Charges: 04/01/2015 |
| 04/02/2015 | Demand Letter Charge | 35.00 | | 1,937.77 | | Demand Letter | Demand Letter Charge |
| 04/20/2015 | Late Fee | 25.00 | | 1,962.77 | | Late Fee | Late Fee: 04/20/2015 |
| 05/01/2015 | Monthly Assessment | 269.09 | | 2,231.86 | | Monthly Charges | Recurring Charges: 05/01/2015 |
| 05/01/2015 | Special Assessment | 203.68 | | 2,435.54 | | Monthly Charges | Recurring Charges: 05/01/2015 |
| 05/04/2015 | Credit Card Payment | | -0.54 | 2,435.00 | | 41554314 | Credit Card Payment |
| 05/20/2015 | Late Fee | 25.00 | | 2,460.00 | | Late Fee | Late Fee: 05/20/2015 |
| 06/01/2015 | Monthly Assessment | 269.09 | | 2,729.09 | | Monthly Charges | Recurring Charges: 06/01/2015 |
| 06/01/2015 | Special Assessment | 203.68 | | 2,932.77 | | Monthly Charges | Recurring Charges: 06/01/2015 |
| 06/12/2015 | Demand Letter Charge | 35.00 | | 2,967.77 | | Demand Letter | Demand Letter Charge |
| 06/20/2015 | Late Fee | 25.00 | | 2,992.77 | | Late Fee | Late Fee: 06/20/2015 |
| 07/01/2015 | Monthly Assessment | 269.09 | | 3,261.86 | | Monthly Charges | Recurring Charges: 07/01/2015 |
| 07/07/2015 | Credit Card Payment | | -0.86 | 3,261.00 | | 44790784 | Credit Card Payment |
| 07/20/2015 | Late Fee | 25.00 | | 3,286.00 | | Late Fee | Late Fee: 07/20/2015 |
| 07/28/2015 | Delinq Proc Fee - Assn | 175.00 | | 3,461.00 | | Attorney | Delinq Proc Fee-Assn |
| 08/01/2015 | Monthly Assessment | 269.09 | | 3,730.09 | | Monthly Charges | Recurring Charges: 08/01/2015 |
| 08/03/2015 | Legal Fee | 191.26 | | 3,921.35 | | 38360 7/31/2015 | Charge Back - Legal Fee |
| 08/18/2015 | Check | | -2,300.00 | 1,621.35 | | 9026526841CCk | Atty-Keay Costello |
| 08/20/2015 | Late Fee | 25.00 | | 1,646.35 | | Late Fee | Late Fee: 08/20/2015 |
| 09/01/2015 | Monthly Assessment | 269.09 | | 1,915.44 | | Monthly Charges | Recurring Charges: 09/01/2015 |
| 09/20/2015 | Late Fee | 25.00 | | 1,940.44 | | Late Fee | Late Fee: 09/20/2015 |
| 10/01/2015 | Monthly Assessment | 269.09 | | 2,209.53 | | Monthly Charges | Recurring Charges: 10/01/2015 |
| 10/20/2015 | Late Fee | 25.00 | | 2,234.53 | | Late Fee | Late Fee: 10/20/2015 |
| 11/01/2015 | Monthly Assessment | 269.09 | | 2,503.62 | | Monthly Charges | Recurring Charges: 11/01/2015 |
| 11/20/2015 | Late Fee | 25.00 | | 2,528.62 | | Late Fee | Late Fee: 11/20/2015 |
| 12/01/2015 | Monthly Assessment | 269.09 | | 2,797.71 | | Monthly Charges | Recurring Charges: 12/01/2015 |
| 12/20/2015 | Late Fee | 25.00 | | 2,822.71 | | Late Fee | Late Fee: 12/20/2015 |
| 01/01/2016 | Monthly Assessment | 296.00 | | 3,118.71 | | Monthly Charges | Recurring Charges: 01/01/2016 |
| 01/14/2016 | Check | | -1,000.00 | 2,118.71 | | 9026528056 | atty ltr-cc castrejon |
| 02/01/2016 | Monthly Assessment | 296.00 | | 2,414.71 | | Monthly Charges | Recurring Charges: 02/01/2016 |
| 02/20/2016 | Late Fee | 25.00 | | 2,439.71 | | Late Fee | Late Fee: 02/20/2016 |
| 03/01/2016 | Monthly Assessment | 296.00 | | 2,735.71 | | Monthly Charges | Recurring Charges: 03/01/2016 |
| 03/09/2016 | Check | | -1,600.00 | 1,135.71 | | 9026528509 | ATTY SMUCINSKI |
| 03/20/2016 | Late Fee | 25.00 | | 1,160.71 | | Late Fee | Late Fee: 03/20/2016 |
| 04/01/2016 | Monthly Assessment | 296.00 | | 1,456.71 | | Monthly Charges | Recurring Charges: 04/01/2016 |
| 04/20/2016 | Check | | -200.00 | 1,256.71 | | 9026513764 | ATTY KEAY/COSTELLO |
| 04/20/2016 | Late Fee | 25.00 | | 1,281.71 | | Late Fee | Late Fee: 04/20/2016 |
| 04/28/2016 | Legal Fee | 50.00 | | 1,331.71 | | 52659 | Legal Fee |
| 05/01/2016 | Monthly Assessment | 296.00 | | 1,627.71 | | Monthly Charges | Recurring Charges: 05/01/2016 |
| 05/12/2016 | Check | | -296.00 | 1,331.71 | | 101 | Atty Keay/Costello |
| 05/20/2016 | Late Fee | 25.00 | | 1,356.71 | | Late Fee | Late Fee: 05/20/2016 |
| 05/26/2016 | Check | | -200.00 | 1,156.71 | | 9026513892 | Keay & Costello, P.C. |

**Account History Report**

**Fox Chase of Dupage Condo**

**Gonzalo Castrejon**                                    00192-5715

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 09/09/2013 | Demand Letter Charge | 35.00 | | 588.78 | | Collection | Demand Letter Fee |
| 09/23/2013 | Late Fee | 25.00 | | 613.78 | | Late Fee | Late Fee: 09/23/2013 |
| 10/01/2013 | Monthly Assessment | 235.78 | | 849.56 | | Monthly Charges | Recurring Charges: 10/01/2013 |
| 10/09/2013 | Credit Card Payment | | -250.56 | 599.00 | | 19742233 | Credit Card Payment |
| 10/22/2013 | Late Fee | 25.00 | | 624.00 | | Late Fee | Late Fee: 10/22/2013 |
| 11/01/2013 | Monthly Assessment | 235.78 | | 859.78 | | Monthly Charges | Recurring Charges: 11/01/2013 |
| 11/19/2013 | Demand Letter Charge | 35.00 | | 894.78 | | Collection | Demand Letter Fee |
| 11/22/2013 | Late Fee | 25.00 | | 919.78 | | Late Fee | Late Fee: 11/22/2013 |
| 12/01/2013 | Monthly Assessment | 235.78 | | 1,155.56 | | Monthly Charges | Recurring Charges: 12/01/2013 |
| 12/05/2013 | Credit Card Payment | | -300.56 | 855.00 | | 21361129 | Credit Card Payment |
| 12/08/2013 | Credit Card Payment | | -250.00 | 605.00 | | 21412309 | Credit Card Payment |
| 12/24/2013 | Late Fee | 25.00 | | 630.00 | | Late Fee | Late Fee: 12/24/2013 |
| 01/01/2014 | Monthly Assessment | 245.21 | | 875.21 | | Monthly Charges | Recurring Charges: 01/01/2014 |
| 01/23/2014 | Late Fee | 25.00 | | 900.21 | | Late Fee | Late Fee: 01/23/2014 |
| 02/01/2014 | Monthly Assessment | 245.21 | | 1,145.42 | | Monthly Charges | Recurring Charges: 02/01/2014 |
| 02/19/2014 | Demand Letter Charge | 35.00 | | 1,180.42 | | Collection | Demand Letter Fee |
| 02/21/2014 | Late Fee | 25.00 | | 1,205.42 | | Late Fee | Late Fee: 02/21/2014 |
| 03/01/2014 | Monthly Assessment | 245.21 | | 1,450.63 | | Monthly Charges | Recurring Charges: 03/01/2014 |
| 03/03/2014 | Credit Card Payment | | -400.42 | 1,050.21 | | 24123219 | Credit Card Payment |
| 03/21/2014 | Late Fee | 25.00 | | 1,075.21 | | Late Fee | Late Fee: 03/21/2014 |
| 04/01/2014 | Monthly Assessment | 245.21 | | 1,320.42 | | Monthly Charges | Recurring Charges: 04/01/2014 |
| 04/03/2014 | Credit Card Payment | | -300.42 | 1,020.00 | | 25340639 | Credit Card Payment |
| 04/16/2014 | Delinq Proc Fee - Assn | 175.00 | | 1,195.00 | | Turnover | Turnover Collection Fee |
| 04/21/2014 | Late Fee | 25.00 | | 1,220.00 | | Late Fee | Late Fee: 04/21/2014 |
| 05/01/2014 | Monthly Assessment | 245.21 | | 1,465.21 | | Monthly Charges | Recurring Charges: 05/01/2014 |
| 05/19/2014 | Legal Fee | 190.13 | | 1,655.34 | | 15861 20189-00 | Legal Fee |
| 05/21/2014 | Late Fee | 25.00 | | 1,680.34 | | Late Fee | Late Fee: 05/21/2014 |
| 06/01/2014 | Monthly Assessment | 245.21 | | 1,925.55 | | Monthly Charges | Recurring Charges: 06/01/2014 |
| 06/02/2014 | Check | | -1,110.25 | 815.30 | | 9497808344 | Rcvd from Atty |
| 06/05/2014 | Check | | -300.00 | 515.30 | | 9026522188 | Rcvd from Atty |
| 06/24/2014 | Late Fee | 25.00 | | 540.30 | | Late Fee | Late Fee: 06/24/2014 |
| 07/01/2014 | Monthly Assessment | 245.21 | | 785.51 | | Monthly Charges | Recurring Charges: 07/01/2014 |
| 07/05/2014 | Credit Card Payment | | -250.51 | 535.00 | | 28754125 | Credit Card Payment |
| 07/22/2014 | Late Fee | 25.00 | | 560.00 | | Late Fee | Late Fee: 07/22/2014 |
| 08/01/2014 | Credit Card Payment | | -383.91 | 176.09 | | 29696640 | Credit Card Payment |
| 08/01/2014 | Monthly Assessment | 245.21 | | 421.30 | | Monthly Charges | Recurring Charges: 08/01/2014 |
| 08/21/2014 | Late Fee | 25.00 | | 446.30 | | Late Fee | Late Fee: 08/21/2014 |
| 09/01/2014 | Monthly Assessment | 245.21 | | 691.51 | | Monthly Charges | Recurring Charges: 09/01/2014 |
| 09/11/2014 | Credit Card Payment | | -245.51 | 446.00 | | 31398081 | Credit Card Payment |
| 09/24/2014 | Late Fee | 25.00 | | 471.00 | | Late Fee | Late Fee: 09/24/2014 |
| 10/01/2014 | Monthly Assessment | 245.21 | | 716.21 | | Monthly Charges | Recurring Charges: 10/01/2014 |
| 10/01/2014 | Special Assessment | 203.68 | | 919.89 | | Monthly Charges | Recurring Charges: 10/01/2014 |
| 10/05/2014 | Credit Card Payment | | -245.51 | 674.38 | | 32330033 | Credit Card Payment |
| 10/21/2014 | Late Fee | 25.00 | | 699.38 | | Late Fee | Late Fee: 10/21/2014 |
| 11/01/2014 | Monthly Assessment | 245.21 | | 944.59 | | Monthly Charges | Recurring Charges: 11/01/2014 |
| 11/01/2014 | Special Assessment | 203.68 | | 1,148.27 | | Monthly Charges | Recurring Charges: 11/01/2014 |
| 11/05/2014 | Credit Card Payment | | -444.69 | 703.58 | | 33540112 | Credit Card Payment |
| 11/20/2014 | Late Fee | 25.00 | | 728.58 | | Late Fee | Late Fee: 11/20/2014 |
| 12/01/2014 | Monthly Assessment | 245.21 | | 973.79 | | Monthly Charges | Recurring Charges: 12/01/2014 |
| 12/01/2014 | Special Assessment | 203.68 | | 1,177.47 | | Monthly Charges | Recurring Charges: 12/01/2014 |
| 12/19/2014 | Credit Card Payment | | -402.47 | 775.00 | | 35167142 | Credit Card Payment |
| 12/20/2014 | Late Fee | 25.00 | | 800.00 | | Late Fee | Late Fee: 12/20/2014 |
| 01/01/2015 | Monthly Assessment | 269.09 | | 1,069.09 | | Monthly Charges | Recurring Charges: 01/01/2015 |

# Fox Chase of Dupage Condo

**Gonzalo Castrejon**                          00192-5715

| | | |
|---|---|---|
| Community Address: | 381 Park Ridge Lane #A | Date Settled: Thu May 31, 2012 |
| | Aurora, IL 60504 | Unit Type:    03 - Unit Type 03 |
| Mailing Address: | 381 Park Ridge Lane #A | **Last payment date:**     Tue Aug 14, 2018 |
| | Aurora, IL 60504 | **Last payment amount:**          1,300.00 |
| | | **Current balance:**               4,900.69 |

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 06/07/2012 | Check | | -1,592.15 | -1,592.15 | | 18539218 | First American-Split check |
| 06/07/2012 | Settlement Charge | 227.45 | | -1,364.70 | | Monthly Assessme | June 2012 |
| 06/07/2012 | Settlement Charge | 1,364.70 | | 0.00 | | Foreclosure | 6 Mo Back assess/late/legal |
| 07/01/2012 | Monthly Assessment | 227.45 | | 227.45 | | Monthly Charges | Recurring Charges: 07/01/2012 |
| 07/23/2012 | Late Fee | 25.00 | | 252.45 | | Late Fee | Late Fee: 07/23/2012 |
| 07/24/2012 | Lockbox Payment | | -227.45 | 25.00 | | 3106020 | Lock Box: 07/24/2012 |
| 08/01/2012 | Monthly Assessment | 227.45 | | 252.45 | | Monthly Charges | Recurring Charges: 08/01/2012 |
| 08/20/2012 | Late Fee | 25.00 | | 277.45 | | Late Fee | Late Fee: 08/20/2012 |
| 09/01/2012 | Monthly Assessment | 227.45 | | 504.90 | | Monthly Charges | Recurring Charges: 09/01/2012 |
| 09/18/2012 | Demand Letter Charge | 35.00 | | 539.90 | | | Soft Demand Letter |
| 09/18/2012 | Lockbox Payment | | -242.45 | 297.45 | | 3106249 | Lock Box: 09/18/2012 |
| 09/20/2012 | Late Fee | 25.00 | | 322.45 | | Late Fee | Late Fee: 09/24/2012 |
| 09/26/2012 | Credit Card Payment | | -252.45 | 70.00 | | 10933551 | Credit Card Payment |
| 10/01/2012 | Monthly Assessment | 227.45 | | 297.45 | | Monthly Charges | Recurring Charges: 10/01/2012 |
| 10/20/2012 | Late Fee | 25.00 | | 322.45 | | Late Fee | Late Fee: 10/23/2012 |
| 11/01/2012 | Monthly Assessment | 227.45 | | 549.90 | | Monthly Charges | Recurring Charges: 11/01/2012 |
| 11/06/2012 | Credit Card Payment | | -252.45 | 297.45 | | 11760807 | Credit Card Payment |
| 11/20/2012 | Late Fee | 25.00 | | 322.45 | | Late Fee | Late Fee: 11/27/2012 |
| 12/01/2012 | Monthly Assessment | 227.45 | | 549.90 | | Monthly Charges | Recurring Charges: 12/01/2012 |
| 12/06/2012 | Demand Letter Charge | 50.00 | | 599.90 | | Demand Letter | Demand Letter |
| 12/17/2012 | Credit Card Payment | | -250.00 | 349.90 | | 12520928 | Credit Card Payment |
| 12/20/2012 | Late Fee | 25.00 | | 374.90 | | Late Fee | Late Fee: 12/26/2012 |
| 01/01/2013 | Monthly Assessment | 235.78 | | 610.68 | | Monthly Charges | Recurring Charges: 01/01/2013 |
| 01/15/2013 | Credit Card Payment | | -250.68 | 360.00 | | 13140459 | Credit Card Payment |
| 01/20/2013 | Late Fee | 25.00 | | 385.00 | | Late Fee | Late Fee: 01/23/2013 |
| 02/01/2013 | Monthly Assessment | 235.78 | | 620.78 | | Monthly Charges | Recurring Charges: 02/01/2013 |
| 02/04/2013 | Credit Card Payment | | -235.78 | 385.00 | | 13570387 | Credit Card Payment |
| 02/11/2013 | Credit Card Payment | | -385.00 | 0.00 | | 13775659 | Credit Card Payment |
| 03/01/2013 | Monthly Assessment | 235.78 | | 235.78 | | Monthly Charges | Recurring Charges: 03/01/2013 |
| 03/05/2013 | Credit Card Payment | | -235.78 | 0.00 | | 14267153 | Credit Card Payment |
| 04/01/2013 | Monthly Assessment | 235.78 | | 235.78 | | Monthly Charges | Recurring Charges: 04/01/2013 |
| 04/22/2013 | Late Fee | 25.00 | | 260.78 | | Late Fee | Late Fee: 04/22/2013 |
| 05/01/2013 | Monthly Assessment | 235.78 | | 496.56 | | Monthly Charges | Recurring Charges: 05/01/2013 |
| 05/09/2013 | Credit Card Payment | | -250.45 | 246.11 | | 15836087 | Credit Card Payment |
| 05/21/2013 | Late Fee | 25.00 | | 271.11 | | Late Fee | Late Fee: 05/21/2013 |
| 06/01/2013 | Monthly Assessment | 235.78 | | 506.89 | | Monthly Charges | Recurring Charges: 06/01/2013 |
| 06/05/2013 | Credit Card Payment | | -254.75 | 252.14 | | 16398261 | Credit Card Payment |
| 06/21/2013 | Late Fee | 25.00 | | 277.14 | | Late Fee | Late Fee: 06/21/2013 |
| 07/01/2013 | Monthly Assessment | 235.78 | | 512.92 | | Monthly Charges | Recurring Charges: 07/01/2013 |
| 07/16/2013 | Demand Letter Charge | 35.00 | | 547.92 | | Collections | Demand Letter |
| 07/22/2013 | Late Fee | 25.00 | | 572.92 | | Late Fee | Late Fee: 07/22/2013 |
| 08/01/2013 | Monthly Assessment | 235.78 | | 808.70 | | Monthly Charges | Recurring Charges: 08/01/2013 |
| 08/10/2013 | Credit Card Payment | | -300.70 | 508.00 | | 18118946 | Credit Card Payment |
| 08/22/2013 | Late Fee | 25.00 | | 533.00 | | Late Fee | Late Fee: 08/22/2013 |
| 09/01/2013 | Credit Card Payment | | -215.00 | 318.00 | | 18510181 | Credit Card Payment |
| 09/01/2013 | Monthly Assessment | 235.78 | | 553.78 | | Monthly Charges | Recurring Charges: 09/01/2013 |

DECLARATION

AND

BYLAWS


ESTABLISHING A PLAN FOR CONDOMINIUM OWNERSHIP


PURSUANT TO THE CONDOMINIUM PROPERTY ACT OF THE

STATE OF ILLINOIS


THE FOX CHASE OF DU PAGE CONDOMINIUMS


This Instrument was prepared by:


SCHAIN, FIRSEL & BURNEY, LTD.
222 North LaSalle Street, Suite 1910
Chicago, Illinois 60601
312/332-0200

A delineation of the property
described in this instrument
appears in

PLAT BOOK NO. 140 PAGE 51

R89-056741

RECORDER
DU PAGE COUNTY

89 MAY 15 PM 3:00

and the Common Elements having the same vertical and horizontal bound-
aries as before. Except to the extent otherwise provided by the Condo-
minium Property Act, Section 7(b) of the By-Laws, Paragraphs 1 and 2
of this Article VI, and Paragraph 4 of Article X of the Declaration,
the Association shall not use hazard insurance proceeds for other than
repair, replacement or reconstruction purposes, unless Owners (other
than the Declarant and Developer) having two-thirds (2/3) or more of
the total votes in the Association give their prior written consent
thereto.

## ARTICLE VII

### SALE OF THE PROPERTY

The Owners by affirmative vote of the Owners having three-fourths
(3/4) or more of the total votes, at a meeting duly called for such
purpose, may elect to sell the Property as a whole. Within ten (10)
days after the date of the meeting at which such sale is approved, the
Board shall give written notice of such action to the holder of any
duly recorded mortgage or trust deed against any Unit Ownership en-
titled to notice under Paragraph 3 of Article XI hereof. Such action
shall be binding upon all Owners, and it shall thereupon become the
duty of every Owner to execute and deliver such instruments and to
perform all acts as in manner and form may be necessary to effect such
sale; provided, however, that any Owner who did not vote in favor of
such action and who files written objection thereto with the Board
within twenty (20) days after the date of the meeting at which such
sale is approved shall be entitled to receive from the proceeds of
such sale an amount equivalent to the fair market value of such Own-
er's interest, as determined by a fair appraisal, less the amount of
any unpaid assessments or charges due and owing from such Owner. In
the absence of agreement on an appraiser, such Owner and the Board may
each select an appraiser, and the two (2) so selected shall select a
third. The Owner shall bear the cost of his appointed appraiser and
one-half (1/2) of the cost of the third appraiser; the cost of the
Board-appointed appraiser and one-half (1/2) of the cost of the third
appraiser shall be a common expense. The fair market value shall be
determined by a majority of the three appraisers so selected. If
either party shall fail to select an appraiser, then the one desig-
nated by the other party shall make the appraisal.

## ARTICLE VIII

### ASSESSMENTS - MAINTENANCE FUND

1.  **Annual Budget.**

    (a)  **Preparation and Passage.** Each year on or before
December 1, the Board shall estimate in the form of a detailed budget
the total amount necessary to pay the cost of wages, materials, insur-
ance, services, supplies and fees which will be required during the
ensuing calendar/fiscal year for the acquisition of all such goods and

12

services, together with a reasonable amount determined by the Board
for a reserve for contingencies and replacements (the "estimated cash
requirement"). The proposed budget shall set forth each Owner's com-
mon expense assessment. The estimated cash requirement shall be
assessed to Owners according to each Owner's percentage of ownership
in the Common Elements as set forth in Exhibit "B" attached hereto.
Each Owner shall receive, at least thirty (30) days prior to the adop-
tion thereof by the Board, a copy of the proposed annual budget to-
gether with an indication of which portions are intended for capital
expenditures or repairs or payment of real estate taxes. Each Owner
shall receive notice, in the same manner as is provided in the Condo-
minium Property Act for membership meetings, of any meeting of the
Board concerning the adoption of the proposed annual budget or any
subsequent increase or decrease therein, or establishment of an
assessment. In the event any budget that is adopted differs from the
proposed budget, then immediately after adoption, the Board shall dis-
tribute to each Owner a detailed annual budget as adopted by the
Board, setting forth with particularity all anticipated common expens-
es by category as well as all anticipated assessments and other in-
come.

(b)  Ratification.  If an adopted budget requires assess-
ment against the Owners in any fiscal/calendar year exceeding one
hundred fifteen percent (115%) of the assessments for the preceding
year, the Board, upon written petition by Owners holding twenty per-
cent (20%) of the votes in the Association filed within fourteen (14)
days of the Board's adoption, shall call a meeting of the Association
within thirty (30) days of the date of filing of the petition to con-
sider the budget. Unless a majority of votes of the Owners are cast
at such meeting to reject the budget, it is ratified, whether or not a
quorum is present. In determining whether assessments exceed one
hundred fifteen percent (115%) of similar assessments in prior years,
any authorized provisions for reasonable reserves for repair or re-
placement of the Property, and anticipated expenses by the Association
which are not anticipated to be incurred on a regular or annual basis,
shall be excluded from the computation.

(c)  Payment.  On or before January 1st of the ensuing year,
and the 1st of each and every month of said year, each Owner, jointly
and severally, if there be more than one (1) Owner for any Unit, shall
be personally liable for and obligated to pay to the Board or as it
may direct, one-twelfth (1/12) of his (or their) total assessment made
pursuant to this Paragraph 1.

(d)  Accounting.  On or before April 1st of each calen-
dar/fiscal year following the initial meeting of Owners, the Board
shall supply to all Owners an itemized accounting of the common ex-
penses for the preceding calendar/fiscal year actually incurred or
paid, together with an indication of which portions were for capital
expenditures or repairs or payment of real estate taxes and with a
tabulation of the amounts collected pursuant to the budget or assess-
ment, and showing the net excess or deficit of income over expendi-

13

tures plus reserves. Such accounting may be prepared by a certified
public accountant. Any amount accumulated in excess of the amount re-
quired for expenditures and reserves may be credited according to each
Owner's percentage of ownership in the Common Elements to the next
monthly installments due from Owners under the current year's esti-
mate, until exhausted.

2.   Reserves.

(a) Maintenance. The Board shall accumulate and maintain a
reasonable reserve for contingencies and replacements. The reserve
shall include funds to cover any deductible amounts contained in in-
surance policies procured by the Board pursuant to the Declaration or
By-Laws. Extraordinary or other expenditures not included in the an-
nual budget which may become necessary during the year, shall be
charged first against such reserve.

(b) Special Assessments. If the reserves and the budgeted
estimated cash requirement proves inadequate for any reason, including
non-payment of any Owner's assessment, the Board may at any time levy
a supplemental assessment, which shall be assessed to the Owners ac-
cording to their percentage ownership in the Common Elements. Prior
to the levying of such supplemental assessment, each Owner shall re-
ceive notice, in the same manner as provided for membership meetings,
of any meeting of the Board concerning the adoption of such supple-
mental assessment. Subsequent to the Board's adoption of the supple-
mental assessment, the Board shall serve notice of such supplemental
assessment on all Owners by a written statement setting forth the
amount and reasons therefor. Such supplemental assessment shall be-
come effective with the next succeeding monthly common expense assess-
ment payment which is due more than ten (10) days after the delivery
or mailing of such notice of supplemental assessment; provided that
any such supplemental assessment shall be subject to approval by the
affirmative vote of the Owners having at least two-thirds (2/3) of the
total votes at a meeting of the Association duly called for the pur-
pose of approving such supplemental assessment if it involves proposed
expenditures resulting in a total payment assessed to a Unit equal to
the greater of five (5) times the Unit's most recent common expense
assessment calculated on a monthly basis or Three Hundred Dollars
($300.00). All Owners shall be personally liable for and obligated to
pay their respective adjusted monthly amounts.

3.   Initial Budget. When the first elected Board hereunder
takes office, it shall determine the estimated cash requirement, as
hereinabove defined, for the period commencing thirty (30) days after
such election and ending December 31 of the current fiscal/calendar
year in which such election occurs. Assessments shall be levied
against the Owners during such period as provided in this Article.

4.   Failure to Prepare Annual Budget. The failure or delay of
the Board to prepare or serve the annual budget on an Owner shall not
constitute a waiver or release of such Owner's obligation to pay his

14

share of the common expenses, as herein provided, whenever the same
shall be determined. In the absence of any annual budget, each Owner
shall continue to pay the monthly common expense assessment at the
rate established for the immediately preceding period until the new
annual budget is adopted and the new monthly common expense assessment
thereunder is effective. Upon the adoption of the budget, each Owner
will be personally liable for the monthly common expense assessment
payments thereunder.

5. <u>Books and Records</u>.

(a) <u>Maintenance</u>. The Board or its managing agent shall
maintain the following records of the Association available for exam-
ination and copying at convenient hours of weekdays by the Owners or
their mortgagees and their duly authorized agents or attorneys.

(i) Copies of the recorded Declaration, Bylaws, other
condominium instruments and any rules and regulations adop-
ted by the Association or the Board. Prior to the organiza-
tion of the Association, the Developer shall maintain and
make available the records set forth in this subparagraph
(i) for examination and copying.

(ii) Detailed accurate records in chronological order
of the receipts and expenditures affecting the Common Ele-
ments, specifying and itemizing the maintenance and repair
expenses of the Common Elements and any other expenses in-
curred, and copies of all contracts, leases, or other agree-
ments entered into by the Association.

(iii) The minutes of all meetings of the Association and
the Board which shall be maintained for a period of not less
than seven (7) years.

(iv) Ballots for all elections to the Board and for any
other matters voted on by the Owners, which shall be main-
tained for a period of not less than one (1) year.

(v) Such other records of the Association as are
available for inspection by members of a not-for-profit
corporation pursuant to Section 107.75 of the General
Not-For-Profit Corporation Act of 1986, as from time to time
amended.

(vi) Upon request in writing, the Board shall provide
such records to an Owner, at the Owner's expense, within 30
days of the written request. If such records are not pro-
vided within 30 days and a court finds the withholding of
records from the Owner was improper, the Owner shall be en-
titled to reasonable attorney's fees for the court action.

15

      (b) **Notice.** Upon ten (10) days' notice to the Board or managing agent (if any) and payment of a reasonable fee, an Owner shall be furnished a statement of said Owner's account setting forth the amount of any unpaid assessments or other charges due and owing from such Owner.

    6.   **Status of Funds.** All funds collected hereunder shall be held and expended for the purposes designated herein, and (except for such special assessments as may be.levied hereunder against less than all the Owners and for such adjustments as may be required to reflect delinquent or prepaid assessments) shall be deemed to be held for the benefit, use and account of all the Owners in the percentages set forth in Exhibit "B"; provided, however, that sums deposited by any Owner as a capital contribution to the Association, or denominated as such by the Board, and reserves established pursuant to this Article, shall be deemed contributions to the capital of the Association and shall be held and administered as such unless and until the Board shall otherwise determine.

    7.   **Nonpayment.**

      (a) **Late Charges, Collection and Foreclosure of Lien.** If an Owner shall fail to pay his monthly common expense assessment or any other charges when due, he shall be charged a late charge as determined by the Board for each thirty (30) day period (or portion thereof) during which said amounts remain unpaid. If an Owner is in default in the monthly payment of the aforesaid common expense assessment or any other charges for thirty (30) days, the Board may bring suit for and on behalf of the Association and as representative of all Owners, to enforce collection thereof or to foreclose the lien therefor as hereinafter provided; and there shall be added to the amount due the costs of said suit, and other fees and expenses together with legal interest and reasonable attorneys' fees to be fixed by the court.

      (b) **Lien.** To the extent permitted by any decision, statute or law now or hereafter effective, the amount of any delinquent and unpaid charges or assessments, and interest, costs and fees as above provided shall be and become a lien or charge against the Unit Ownership of the Owner involved when payable and may be foreclosed by an' action brought in the name of the Board as in the case of foreclosure of liens against real estate. Such lien shall take effect and be in force when and as provided in the Condominium Property Act; provided, however, that encumbrances owned or held by any bank, insurance company, savings and loan association or other lender shall be subject as to priority to the lien for unpaid common expense assessments which become due and payable on or subsequent to the date on which the encumbrancer either takes possession of the Unit, accepts a conveyance of any interest in the Unit Ownership or causes a receiver to be appointed in a suit to foreclose its lien; and provided further that any First Mortgagee who obtains title to a Unit Ownership pursuant to the conditions provided in the mortgage or foreclosure of the mortgage,