UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-22415 |
| GONZALO CASTREJON | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## Order Modifying Automatic Stay

This matter coming before the Court for hearing on FOX CHASE OF DUPAGE CONDOMINIUM ASSOCIATION'S Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the Court having jurisdiction of the subject matter and the parties and being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. FOX CHASE OF DUPAGE CONDOMINIUM ASSOCIATION's Motion for Relief from Stay as to 381 Park Ridge Lane, Unit A, Aurora, Illinois 60504 is granted as set forth herein.

2. The automatic stay is modified to permit FOX CHASE OF DUPAGE CONDOMINIUM ASSOCIATION to initiate collection proceedings of all post-petition associations assessments due from the Debtor as a result of the ownership of 381 Park Ridge Lane, Unit A, Aurora, Illinois 60504.

3. The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 24, 2019

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446